

# IN THE
# TENTH COURT OF APPEALS

## No. 10-17-00225-CV

**ULLJA KUNTZE,**

**Appellant**

 **v.**

**SANDRA COWAN AND WILLIAM E. FASON,**

**Appellees**

From the 21st District Court
Burleson County, Texas
Trial Court No. 28,904

## MEMORANDUM OPINION

Ullja Kuntze appeals a trial court's dismissal of her suit. Following our standard policies and procedures, by letter dated January 17, 2019, the Clerk of this Court notified Kuntze that her appellant's brief had not been filed. In the same letter, the Clerk warned Kuntze that this appeal would be dismissed for want of prosecution unless, within 14 days from the date of the letter, a brief was filed. *See* TEX. R. APP. P. 38.8(a)(1); 42.3.

More than 14 days have passed and no brief has been filed. Accordingly, this appeal is dismissed. *Id*.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins[1]
Appeal dismissed
Opinion delivered and filed February 13, 2019
[CV06]



---

[1] The Honorable Al Scoggins, Senior Justice of the Tenth Court of Appeals, sitting by assignment of the Chief Justice of the Texas Supreme Court. *See* TEX. GOV'T CODE ANN. §§ 74.003, 75.002, 75.003 (West 2013).